**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Josiah A. Contarino (3962013)
DHILLON LAW GROUP INC.
50 Park Place – Suite 1105
Newark, NJ 07102
973-298-1723
jcontarino@dhillonlaw.com

John-Paul S. Deol (admitted *pro hac vice*)
Jesse D. Franklin-Murdock (admitted *pro hac vice*)
DHILLON LAW GROUP INC.
177 Post Street, Suite 177
San Francisco, CA 94108
415-433-1700
jpdeol@dhillonlaw.com; jfranklin-murdock@dhillonlaw.com

*Attorneys for Defendant*
*Diamond Foundry Inc.*

| | |
|---|---|
| JORGE LOPEZ-HENRIQUEZ, | Case No. 2:22-cv-04267-WJM-JSA |
| *Plaintiff,* | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| DIAMOND FOUNDRY, INC., | |
| *Defendant.* | |

Defendant Diamond Foundry, Inc. ("Defendant"), by and through its attorneys, Dhillon Law Group Inc., hereby files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1

Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

1

Dated: August 4, 2022

                                                      Respectfully submitted,

DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION

By:   */s/Josiah Contarino*
       JOSIAH CONTARINO

JOSIAH A. CONTARINO (3962013)
50 Park Place – Suite 1105
Newark, NJ 07102
973-298-1723
jcontarino@dhillonlaw.com

JOHN-PAUL S. DEOL
(admitted *pro hac vice*)
JESSE D. FRANKLIN-MURDOCK
(admitted *pro hac vice)*
Dhillon Law Group Inc.
177 Post Street, Suite 177
San Francisco, CA 94108
jpdeol@dhillonlaw.com
jfranklin-murdock@dhillonlaw.com
*Attorneys for Defendant*
*Diamond Foundry Inc.*