The Law Office of John F. Olsen, LLC
John F. Olsen
105 Grove Street, Suite 6
Montclair, New Jersey 07042
t. (973) 932-0474
f. (973) 453-8264

*Attorneys for Plaintiff Jorge Lopez-Henriquez*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE LOPEZ-HENRIQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　　-v-<br><br>DIAMOND FOUNDRY, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 2:22-cv-4267<br><br>**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)** |

　　　　WHEREAS, on August 4, 2022, the defendant filed a motion seeking to dismiss the complaint for lack of subject matter jurisdiction (FRCP 12(b)(1), failure to state a claim (FRCP 12(b)(6) and, alternatively, to compel arbitration;

　　　　WHEREAS, on November 1, 2022, the Court entered an order dismissing plaintiff's complaint for lack of subject matter jurisdiction but granted plaintiff leave to amend;

　　　　WHEREAS, the parties have agreed to arbitrate this dispute before a JAMS arbitrator in Santa Clara, California, under the JAMS Employment Rules and Procedures;

　　　　NOW, THEREFORE, the parties stipulate under Fed. R. Civ. P. 41(a)(1)(A) as follows:

　　　　1.　　　The parties shall submit the claims asserted in the complaint and all other claims and defenses arising from plaintiff's employment with defendant to arbitration before a JAMS arbitrator in Santa Clara, California, under the JAMS Employment Rules and Procedures; and

2

2. Plaintiff hereby dismisses his complaint with prejudice for lack of subject matter jurisdiction.

Dated: November 28, 2022

| **DHILLON LAW GROUP, INC.** | **THE LAW OFFICE OF JOHN F. OLSEN, LLC** |
|---|---|
| /s/ *Josiah Cantarino* <br> 50 Park Place, Suite 1105 <br> Newark, NJ 07102 <br> t. (973) 298-1723 | /s/ *John F. Olsen* <br> John F. Olsen <br><br> 105 Grove Street, Suite 6 <br> Montclair, New Jersey 07042 <br> t. (973) 932-0474 |
| John-Paul Deol *(admitted pro hac vice)* <br> Jesse D. Franklin-Murdock *(admitted pro hac vice)* <br> 177 Post Street, Suite 177 <br> San Francisco, CA 94108 | *Attorneys for Plaintiff Jorge Lopez-Henriquez* |
| *Attorneys for Defendant Diamond Foundry, Inc.* | |

2